# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. David Granville Tanner            Docket No. 7:13-MJ-1191-1RJ

### Petition for Action on Probation

    COMES NOW Matti Liebler, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David Granville Tanner, who, upon an earlier plea of guilty to Driving While Impaired, Level V, 18 U.S.C. § 13, NCGS 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on April 2, 2014, to a 12 month term of probation under the standard conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    On September 27, 2014, the defendant was cited for Driving While License Revoked (14CR704330) and Expired Registration/Cards/Tags (14CR001254) in Duplin County, North Carolina. The defendant was on his way home to Jacksonville, North Carolina, from a one-night trip to Charlotte, North Carolina. The charges remain pending in Duplin County District Court.

    It should be noted that the defendant was granted verbal permission by this officer to travel to Charlotte, North Carolina with the understanding that someone else would be driving, as his driver's license is suspended due to the instant offense.

    As a sanction for the violation conduct of failing to follow the instructions of the probation officer and driving while under this court's suspension, the probation officer recommends that the defendant be confined to the Bureau of Prisons for a period of 3 days.

    The defendant signed a Waiver of Hearing agreeing to the proposed of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

    The defendant shall be confined to the custody of the Bureau of Prisons for a period of 3 days, and shall abide by all rules and regulations of the designated facility, concurrently with the 3-day sanction imposed in 7:12-CR-70-1BR.

    Except as herein modified, the judgment shall remain in full force and effect.

David Granville Tanner
Docket No. 7:13-MJ-1191M-1RJ
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Matti Liebler
Matti Liebler
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-347-9038
Executed On: January 6, 2015

## ORDER OF COURT

Considered and ordered this **6** day of **January**, 2015, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge